IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ANDREA PETERSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-18-1077-SM |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

# **ORDER**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 4] issued by United States Magistrate Judge Suzanne Mitchell pursuant to General Order 16-4.

Judge Mitchell finds that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] should be granted in part and denied in part. Plaintiff, who is represented by counsel, has not filed a timely objection to the Report and Recommendation nor requested additional time to object. In her Report and Recommendation, Judge Mitchell recommended that "the Clerk of Court should not issue process until at least $100.00 has been paid toward the filing fees in this matter." [Doc. No. 4] at 4. Subsequent to the filing of Judge Mitchell's Report and Recommendation but prior to the Court's decision as to whether it would adopt

the Report and Recommendation, Plaintiff paid $100.00 toward the filing fees in this matter.

Upon consideration, the Court finds that Plaintiff has waived further judicial review and, by her payment of the $100.00 towards the filing fee, indicates her acceptance of the Report and Recommendation.

**IT IS THEREFORE** ordered that the Report and Recommendation [Doc. No. 3] is **ADOPTED** in its entirety and Plaintiff is directed to continue to comply with the provisions therein.

**IT IS SO ORDERED** this <u>6th</u> day of December 2018.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE